**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
GABRIEL R. OPPENHEIM,

                           Plaintiff,

          -against-                                              23 **CIVIL** 2645 (JPO)

                                                                           **JUDGMENT**

SAMUEL R. GOLDBERG, et al.,

                         Defendants.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 21, 2024, Defendants' motion to dismiss is GRANTED and Plaintiff's request for leave to file a second amended complaint is DENIED. The complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      May 21, 2024

                                                                    **RUBY J. KRAJICK**
                                                                        **Clerk of Court**

                                       **BY:**                 K. Mango

                                                                         **Deputy Clerk**